UNITED STATES of America,
Plaintiff–Appellee,

v.

Kenneth Allen HAMPTON,
Defendant–Appellant.

No. 05–11116.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided April 12, 2006.

Amy Jennifer Bray, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender's Office, Northern District of Texas, Dallas, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and DAVIS, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Kenneth Allen Hampton raises argu-

ments that are foreclosed by *United States v. Hinson,* 429 F.3d 114, 119 (5th Cir. 2005), *petition for cert. filed* (Mar. 8, 2006)(No. 05–9633), which held that a defendant is not entitled to a jury trial to determine whether the terms of supervised release have been violated. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under